# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED**
**FEBRUARY 26, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**(a) PLAINTIFFS**
Plaintiffs Laborers' Pension and Laborers' Welfare Fund for the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago Vicinity and James S. Jorgensen.

**DEFENDANTS**
Supreme Concrete, and Michael B. Marien

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, Illinois 60606 (312) 364-9400

Attorneys (If Known)

**08 C 1180**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 620 Other Food & Drug |  | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 423 Withdrawal 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument |  |  |  | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 320 Assault, Libel & Slander | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 460 Deportation |
|  | **PERSONAL INJURY** | [ ] 640 R.R. & Truck |  | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 151 Medicare Act | [ ] 362 Personal Injury— Med. Malpractice | [ ] 650 Airline Regs. | [ ] 820 Copyrights | [ ] 480 Consumer Credit |
| [ ] 152 Recovery of Defaulted Student Loans (excl. vet.) | [ ] 365 Personal Injury — Product Liability | [ ] 660 Occupational Safety/Health | [ ] 830 Patent | [ ] 490 Cable/Satellite TV |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 330 Federal Employers' Liability | [ ] 690 Other | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 160 Stockholders' Suits | [ ] 340 Marine | **LABOR** | **SOCIAL SECURITY** | [ ] 850 Security/Commodity/Exch. |
| [ ] 190 Other Contract | [ ] 345 Marine Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 195 Contract Product Liability | [ ] 350 Motor Vehicle | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 862 Black Lung (923) | [ ] 891 Agricultural Acts |
| [ ] 196 Franchise | [ ] 355 Motor Vehicle Product Liability | [X] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 892 Economic Stabilization Act |
|  | [ ] 360 Other Personal Inj. |  | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
|  | **PERSONAL PROPERTY** |  | [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act |
|  | [ ] 370 Other Fraud |  |  | [ ] 895 Freedom of Information Act |
| **REAL PROPERTY** | [ ] 371 Truth in Lending | **PRISONER PETITIONS** |  |  |
| [ ] 210 Land Condemnation | [ ] 380 Other Personal Property Damage | [ ] 510 Motions to Vacate Sentence | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 220 Foreclosure | [ ] 385 Property Damage Product Liability | Habeas Corpus: | [ ] 740 Railway Labor Act | [ ] 950 Constitutionality of State Statutes |
| [ ] 230 Rent Lease & Ejectment | **CIVIL RIGHTS** | [ ] 530 General | [ ] 790 Other Labor Litigation | [ ] 890 Other Statutory Actions |
| [ ] 240 Torts to Land | [ ] 441 Voting | [ ] 535 Death Penalty | **FEDERAL TAX SUITS** |  |
| [ ] 245 Tort Product Liability | [ ] 442 Employment | [ ] 540 Mandamus & Other | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |  |
| [ ] 290 All Other Real Property | [ ] 443 Housing/ Accommodations | [ ] 550 Civil Rights | [ ] 791 Empl. Ret. Inc. Security Act |  |
|  | [ ] 444 Welfare | [ ] 555 Prison Condition | [ ] 871 IRS—Third Party 26 USC 7609 |  |
|  | [ ] 445 ADA—Employment |  |  |  |
|  | [ ] 446 ADA — Other |  |  |  |
|  | [ ] 440 Other Civil Rights |  |  |  |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

Laborer Management Relations Act, 29 U.S.C. 185(a), and ERISA, 29 U.S.C. 1132(e)(2)

## VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint: JURY DEMAND: [ ] Yes [X] No

**IX. This case** [X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: 2-25-08
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE BROWN**