AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Laborers' Pension Funds et al.,

V.

Supreme Concrete, and Michael B. Marien,

CASE NUMBER: **08 C 1180**

ASSIGNED JUDGE: **JUDGE DER-YEGHIAYAN**

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

Supreme Concrete
c/o Michael B. Marien
2209 Orchid Lane
Crest Hill, IL 60403

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karen I. Engelhardt
Allison, Slutsky & Kennedy,P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**February 26, 2008**

**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me [1] | DATE April 15'th, 2008 |
|---|---|
| NAME OF SERVER *(PRINT)*    Philip P. Ducar | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:    Personally handed the Summons and Complaint to Mr. Michael B. Marion, of Supreme Concrete. Service was effected at 217 West Ottawa Street, in Plainfield, Ill., at the hour of 4:50 p.m., on April 15'th, 2008.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___April 15'th, 2008___    *Philip P. Ducar*
          Date                   Signature of Server
                                   Post Office Box # 911
                                   Tinley Park, Illinois 60477

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.