AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Laborers' Pension Funds et al.,

V.

Supreme Concrete, and Michael B. Marien,

CASE NUMBER: **08 C 1180**

ASSIGNED JUDGE: **JUDGE DER-YEGHIAYAN**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

Michael B. Marien
2209 Orchid Lane
Crest Hill, IL 60403

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karen I. Engelhardt
Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_
(By) DEPUTY CLERK

**February 26, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | April 15'th, 2008 |
| NAME OF SERVER *(PRINT)*   Philip P. Ducar | TITLE   Special Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Personally handed the Summons and Complaint to Mr. Michael B. Marion, in his individual capacity. Service was effected at 217 West Ottawa Street, in Plainfield, Ill., at the hour of 4:50 p.m., on April 15'th, 2008.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 15'th, 2008         *Philip P. Ducar*
              Date                      Signature of Server

Post Office Box # 911
Tinley Park, Illinois 60477

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.