# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, <br><br> Plaintiffs, <br><br> v. <br><br> SUPREME CONCRETE and MICHAEL B. MARIEN, doing business as SUPREME CONCRETE, <br><br> Defendants. | Case No. 08 C 1180 <br><br> Judge Der-Yeghiayan <br><br> Magistrate Judge Brown |

## AFFIDAVIT OF JOSEPH GILLERAN

STATE OF ILLINOIS )
                  )
COUNTY OF COOK    )

Joseph Gilleran, being first duly sworn on oath, deposes and states as follows:

1. I am a Field Representative employed by the Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (the "Laborers' Funds"), the plaintiffs in the above referenced action. My responsibilities include oversight of the collection of amounts owed by Supreme Concrete.

2. At all material times relevant to this case, the Laborers' Funds have been administered from an office at 11465 Cermak Road in Westchester, a village in Cook County, Illinois.

FURTHER AFFIANT SAYETH NOT.

_____
Joseph Gilleran

Fax sent by : 17089477295  LABORS FIELD DEPT  04-28-08 09:24a  Pg: 3/3
Fax from :
Case 1:08-cv-01180   Document 14-2   Filed 05/02/2008   Page 2 of 2

Subscribed and sworn to before me
this 28 day of April 2008.

_Susan M. Diforti_
NOTARY PUBLIC

"OFFICIAL SEAL"
Susan M. Diforti
Notary Public, State of Illinois
My Commission Expires Oct. 5, 2008