**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LABORERS' PENSION FUND, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 1180 |
| | ) | |
| **SUPREME CONCRETE,** *et al.*, | ) | Judge Der-Yeghiayan |
| | ) | |
| | ) | |
| Defendant. | ) | Magistrate Judge Brown |

**INITIAL STATUS REPORT**

Pursuant to this Court's case management procedures, the plaintiffs hereby submit their Initial Status Report as follows:

**1.   Nature of claims and counterclaims**

Plaintiffs are seeking reports and unpaid contributions owed to the Laborers' Pension Fund, the Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (the "Funds") for the period from November 1, 2007, to the present. The defendant has failed to submit monthly reports identifying the employees performing covered work and amounts owed to the Funds, which defendant is required to do through a collective bargaining agreement that is attached to the Complaint as Exhibit A. Plaintiffs also request an audit to determine the amount of contributions due in the absence of timely reporting forms.

**2.   Relief sought by plaintiffs**

Plaintiffs will request that this Court compel defendants to cooperate by producing books and records for an audit. Upon receiving a report showing amounts due the Funds, plaintiffs will seek judgment for the amount of delinquent contributions, together with liquidated damages,

interest, audit fees, attorneys' fees and costs, and seek an order that Defendant obtain and maintain a bond to secure these contributions.

**3.    Names of parties not served**

The defendants Supreme Concrete and Michael B. Marien were served on April 15, 2008. (see, Return of Service).

**4.    Principal legal issues**

There are no disputed legal issues in this case.

**5.    Principal factual issues**

Plaintiffs are unaware of any disputed issues.

**6.    List of pending motions and brief summary of bases for motions**

There are no pending motions.

**7.    Description of discovery requested and exchanged**

No discovery has been requested or exchanged.

**8.     Type of discovery needed:**

Plaintiffs will seek an audit of the Company's books and records.

Plaintiffs intend to move for default and to compel an audit. If defendants file an appearance, plaintiffs will supplement this status report.

By: /s/Karen I. Engelhardt

Wesley G. Kennedy
Karen I. Engelhardt
Josiah Groff
Angie Cowan
Allison, Slutsky & Kennedy, P.C.
230 West Monroe
Suite 2600
Chicago, Illinois 60606
(312) 364-9400

May 2, 2008