UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Laborers' Pension Fund, et al.
                        Plaintiff,

v.                                          Case No.: 1:08−cv−01180
                                            Honorable Samuel Der−Yeghiayan

Supreme Concrete, et al.
                        Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: Status hearing held. No one appeared on behalf of the Defendants on the Court's noticed status hearing. Plaintiffs' oral motion for entry of default and to compel an audit is granted. Default is hereby entered in favor of the Plaintiffs Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and James S. Jorgensen and against Defendants Supreme Concrete and Michael B. Marien. Prove−up hearing set for 07/30/08 at 9:00 a.m. Counsel for Plaintiffs is directed to submit to this Court, a proposed order as stated on the record. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.