IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND, et al.,  )<br>)<br>) | AFFIDAVIT OF SERVICE |
| Plaintiffs,  )<br>Vs:  )<br>) | COURT CASE # 08 C 1180 |
| SUPREME CONCRETE, et al.,  )<br>)<br>Defendant.  )<br>) | |

I hereby certify, under penalty of perjury, that on the 16'th day of May, 2008, I received this Order Requiring An Audit, and then served it herein as follows:

On Mr. Michael B. Marion, of Supreme Concrete, Inc., by personally handing a copy of this Order Requiring An Audit to the said Mr. Michael B. Marion.

This service was effected at the address of 217 West Ottawa Street, in Plainfield, Illinois.

This service was effected on the 21'st day of May, 2008, at the hour of 1:35 p.m.

That the sex, race, approximate age and physical description of the person with whom this Order Requiring An Audit was handed to is described as follows: Male, Caucasian, approximately 35 years of age, 5'-10", 200 lbs., brown colored hair.

_____
James Haase
Special Process Server

Dated: May 23'rd, 2008

Signed and sworn to, before me, a Notary Public, on this 23'rd day of May, 2008.

_____
(NOTARY PUBLIC)

"OFFICIAL SEAL"
Frank J. Ryan
Notary Public, State of Illinois
My Commission Expires 12/07/09

**Exhibit 2**