**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LABORERS' PENSION FUND** *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Case No.  08 C 1180 |
| | ) | |
| **SUPREME CONCRETE** *et al*, | ) | Judge Der-Yeghiayan |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER TO APPEAR

This cause coming before the court on the plaintiffs' Motion for a Rule to Show Cause and the court being advised in the premise:

**IT IS HEREBY ORDERED THAT:**

Michael Marien of Supreme Concrete is ordered to appear on _____ at ____ , before the United States District Court for the Northern District of Illinois at 219 South Dearborn Street Chicago, IL 60604 in Courtroom 1903 before Honorable Judge Der-Yeghiayan.  Mr. Marien must appear to show cause why he should not be held in contempt of court for failing to comply with the Court's order entered May 6, 2008. On May 6, 2008, this Court ordered that Supreme Concrete, through its principal, Michael Marien, produce books and records necessary for an audit of the defendant.

 **E N T E R E D:**

**DATE:** _____             _____