IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SUPREME CONCRETE *et al*,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 08 C 1180<br>)<br>) Judge Der-Yeghiayan<br>)<br>)<br>)<br>) |

**NOTICE OF MOTION**

TO:　　Supreme Concrete
　　　　c/o Michael B. Marien
　　　　217 West Ottawa Street
　　　　Plainfield, IL 60544

　　　　PLEASE TAKE NOTICE that on Wednesday, June 11, 2008, 9:00 a.m., or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Der-Yeghiayan, in Courtroom 1903 or in the Courtroom usually occupied by him in the United States District Courthouse, 219 South Dearborn Street Chicago, IL 60604, and present Plaintiffs' Motion for Rule to Show Cause, a copy of which is served upon you.

　　　　　　　　　　　　　　　　　　　　　By:　　/s/Karen I. Engelhardt
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs

Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street Suite 2600
Chicago, IL 60604
(312) 364-9400

**CERTIFICATE OF SERVICE**

The undersigned, an attorney states that she served copies of the foregoing Notice of Motion and Plaintiffs' Motion for Rule to Show Cause to the following mentioned below by U.S. mail on the 4th day of June 2008, with proper postage prepaid at the US Mail Box at 230 W. Monroe Street, Suite 2600, Chicago, IL. before the hour of 5:00 p.m.

>Supreme Concrete
>c/o Michael B. Marien
>217 West Ottawa Street
>Plainfield, IL 60544

>_/s/Karen I. Engelhardt_