## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1180 | **DATE** | 6/11/2008 |
| **CASE TITLE** | Laborers' PenFd, et al. Vs. Supreme Concrete, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion for rule to show cause [18] is granted. Rule to show cause hearing set for 07/31/08 at 9:00 a.m. Michael Marien is hereby ordered to appear, for a rule to show cause as to why he should not be held in contempt of Court for failure to comply with a Court order, on 07/31/08 at 9:00 a.m. Michael Marien is hereby warned that failure to appear at the 07/31/08 rule to show cause hearing may result in the issuance of a body attachment order. Counsel for Plaintiffs is directed to serve a copy of this order and the Court's Order to Appear on Michael Marien.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|