

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1180 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Laborers' Pension Fund, et al. vs. Supreme Concrete, et al. | | |

**DOCKET ENTRY TEXT**

Rule to show cause hearing held. Michael Marien failed to appear for rule to show cause hearing. Plaintiffs' oral motion for an issuance of a body attachment as to Michael Marien for failure to appear for rule to show cause hearing is granted. Order writ of body of attachment as to Defendant Michael for failure to appear on the Court's rule to show cause hearing.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|

08C1180 Laborers' Pension Fund, et al. vs. Supreme Concrete, et al.     Page 1 of 1